**99 So.2d 552**

**Ex parte GREAT ATLANTIC & PACIFIC TEA CO.**

**1 Div. 758.**

Supreme Court of Alabama.

Oct. 22, 1957.

McCorvey, Turner, Rogers, Johnstone & Adams, Mobile, for petitioner.

PER CURIAM.

Writ denied.

LIVINGSTON, C. J., and LAWSON, GOODWYN and MERRILL, JJ., concur.